## UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF WISCONSIN

WISCONSIN CARPENTERS PENSION FUND,
WISCONSIN CARPENTERS HEALTH FUND,
GREATER WISCONSIN CARPENTERS VACATION FUND,
NORTHERN WISCONSIN CARPENTERS APPRENTICESHIP &
JOURNEYMAN TRAINING FUND,
LABOR MANAGEMENT COOPERATION TRUST FUND,
and BRIAN GENTRY,

NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS,
       Plaintiffs,

    vs.

PATH GENERAL CONTRACTORS, INC. f/k/a
PATH DESIGN/BUILD, INC.,

   and

THOMAS E. PATH,
       Defendants.

Case No.   08-C-165

DOCKET#_____
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

JUL 14 2008

FILED
THERESA M. OWENS, CLERK
CASE#_____

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Fed. R. Civ. P., the plaintiffs hereby voluntarily dismiss the above-entitled action, without prejudice.

Dated this 9th day of July, 2008.

/s/ Benjamin A. Menzel
Benjamin A. Menzel
Bar Number:   1041472
Attorney for Plaintiffs
PREVIANT, GOLDBERG, UELMEN,
GRATZ, MILLER & BRUEGGEMAN, S.C.
1555 N. RiverCenter Drive, S. 202
P. O. Box 12993
Milwaukee, WI    53212
Telephone: 414/271-4500
Fax: 414/271-6308
E-Mail: bam@previant.com

Approved
Barbara B. Crabb